# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James F. Kane, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16cv146 |
| | ) | 2:08cr24-01 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2016 Order.

December 21, 2016

Frank G. Johns, Clerk
United States District Court